# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT VAN KIRK, AN INDIVIDUAL,
Appellant,
vs.
CLARK COUNTY; AND CLARK
COUNTY DEPARTMENT OF
ADMINISTRATIVE SERVICES, CODE
ENFORCEMENT UNIT, PUBLIC
RESPONSE OFFICE,
Respondents.

No. 82213

FILED

JAN 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on December 14, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Kenneth C. Cory, District Judge
        Wiley Petersen
        Clark County District Attorney/Civil Division
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-00574